UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CORNELIUS DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CV1347 JCH |
| ) | |
| GENE STUBBLEFIELD, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter is before the Court upon its review of the record. On March 30, 2006, the Clerk's office mailed Plaintiff a letter regarding consent to a Magistrate. On April 10, 2006, this letter was returned as undeliverable, with no forwarding address. (Doc. No. 16). Mail to Plaintiff was similarly returned on April 24, 2006, and April 27, 2006. (Doc. Nos. 19, 20). Local Rule 45-2.06 states in relevant part as follows:

**(B)  Change of Address.**

Every pro se party shall promptly notify the Clerk and all other parties to the proceedings of any change in his or her address. If any mail to a pro se plaintiff or petitioner is returned to the Court without a forwarding address and the pro se plaintiff or petitioner does not notify the court of the change of address within thirty (30) days, the Court may, without further notice, dismiss the action without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff is given until **Friday, May 26, 2006** to provide the Court with his new mailing address. Failure to do so will result in this case being dismissed without prejudice.

Dated this 11th day of May, 2006.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE